UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MILTON DAVID PLUMMER, | Case No. 3:19-cv-00235-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner has not properly commenced this action by either paying the filing fee or filing a complete application for leave to proceed *in forma pauperis*. Accordingly, Petitioner will have 30 days from the date of this order to either pay the $5 filing fee or submit a complete *in forma pauperis* application with all required attachments. LSR 1-1 & 1-2. Failure to timely comply with this order will result in the dismissal of this action without prejudice and without further advance notice.

DATED THIS 8th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE