UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MILTON DAVID PLUMMER,<br><br>                 Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                 Respondents. | Case No. 3:19-cv-00235-MMD-CBC<br><br>ORDER |

This *pro se* petition for writ of habeas corpus relief pursuant to 28 U.S.C. § 2241 comes before the Court for initial review under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The filing fee has been paid. Following initial review, Petitioner will be directed to file an amended petition.

Petitioner filed his petition under 28 U.S.C. § 2241. However, he is in custody pursuant to a state court judgment of conviction, so the only proper basis for his claims is 28 U.S.C. § 2254. *See White v. Lambert*, 370 F.3d 1002, 1005-07 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546, 555 (9th Cir. 2010) (en banc). Petitioner must therefore file an amended petition on the § 2254 form.

It is therefore ordered that Petitioner file an amended petition, on the § 2254 form, within 30 days of the date of entry of this order.

It is further ordered that Petitioner's request for confirmation of payment of filing fee (ECF No. 6) is granted by way of this order.

It is further ordered that Petitioner's request for a one-time stamped copy (ECF No. 4), construed as a motion for a copy of his Petition, is granted. The Clerk of Court will send Petitioner a copy of his papers in this action. The Clerk of Court also will send Petitioner two copies of the form for 28 U.S.C. § 2254 petitions.

DATED THIS 6th day of June 2019.

                                                  MIRANDA M. DU<br>                                                  UNITED STATES DISTRICT JUDGE